THE LAW OFFICES OF

# NATHANIEL Z. MARMUR, PLLC

500 FIFTH AVENUE, 40TH FLOOR, NEW YORK, NY 10110
T: 212-257-4894   F: 646-829-9519
NMARMUR@MARMURLAW.COM
WWW.MARMURLAW.COM

May 4, 2020

<u>BY ECF</u>

The Honorable Valerie E. Caproni
United States Courthouse
Southern District of New York
40 Foley Square
New York, NY 10007

     Re: <u>*United States v. Bonaparte*, 1:19-CR-00862-16-VEC</u>

Dear Judge Caproni:

  I represent Hector Bonaparte in the above matter and write pursuant to the Court's order of April 28, 2020.  In that order, the Court directed counsel "to confer with his client and file a letter with the Court, clarifying Mr. Bonaparte's request and the relief that he is seeking," and specifically to "make clear whether Mr. Bonaparte is attempting to file a motion to dismiss the indictment, requesting the appointment of new counsel, or raising some other motion." I spoke on the phone today with Mr. Bonaparte, who is detained at the MDC, and he informed me that he does not have confidence in my ability to represent him and he indeed seeks new counsel.  As communications between us have now broken down, I respectfully join Mr. Bonaparte's request that the Court appoint new CJA counsel to assume his representation.  This is his first request for a new attorney.

              Respectfully,

              <u>/s/Nathaniel Z. Marmur</u>

              Nathaniel Z. Marmur