```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------  X
   UNITED STATES OF AMERICA                                   :
                                                              :
            -against-                                         :    19-CR-862 (VEC)
                                                              :
   HECTOR BONAPARTE,                                          :    ORDER
                                                              :
                                  Defendant.                  :
------------------------------------------------------------  X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/05/2020

VALERIE CAPRONI, United States District Judge:

WHEREAS Defendant Hector Bonaparte has informed the Court that he wishes to replace his court-appointed counsel, Mr. Nathaniel Marmur; and

WHEREAS Mr. Bonaparte is currently held at MDC Brooklyn;

IT IS HEREBY ORDERED THAT a videoconference is scheduled for **May 19, 2020**, **at 12:00 P.M.**, to determine whether new counsel should be appointed. Mr. Marmur and counsel for the Government are both directed to appear for the conference and will be provided with call-in instructions via email. MDC Brooklyn is directed to produce Mr. Bonaparte for his video appearance.

If Mr. Marmur would like to confer with Mr. Bonaparte for 15 minutes prior to the start of the videoconference, he must email the chambers inbox by **May 8, 2020**, and provide the telephone number at which he wishes to be called for such a conference. To optimize use of the Court's video conferencing technology, all parties on the call must:

   i.   Use a browser other than Microsoft Explorer to access the video feed on Court Call;
   ii.  Position the participant's device as close to the WiFi router as is feasible;
   iii. Ensure any others in the participant's household are not using WiFi during the period of the call;
   iv.  If the participant is participating by video, connect to the audio portion of the videoconference by having Court Call call the participant at a desired phone number

(landline or mobile), rather than using computer audio (note: if the call option is unsuccessful, computer audio may be used as the backup option);

v.     If there is ambient noise, the participant must mute his or her device when not speaking.

Members of the public may attend the conference by dialing the audio-only line, 1-855-268-7844, using the access code 32091812# and PIN 9921299#.

**SO ORDERED.**

**Dated: May 5, 2020**
      **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**