USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/14/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA

    -against-

HECTOR BONAPARTE,

                                 Defendant.

------------------------------------------------------------ X

19-CR-862 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS a videoconference is currently scheduled for May 19, 2020, at 10:30 A.M.;

    IT IS HEREBY ORDERED THAT the videoconference is rescheduled for **9:00 A.M. on May 19, 2020**. Members of the public may attend the conference by dialing the one-way audio line, 1-855-268-7844, using the access code 67812309# and PIN 9921299#. The Court's previous instructions otherwise remain in effect.

**SO ORDERED.**

**Dated: May 14, 2020**
    **New York, NY**

                                                                           _____
                                                                           **VALERIE CAPRONI**
                                                                    **United States District Judge**