USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 19-CR-862
DATE FILED: 5/14/2020

Dear, Judge Valerie Caproni

I hope all is well, with you and your family with this pandemic.

First off Mrs. Caproni I am not a lawyer or want to be perceived as one.

All I am asking for is what the constitution entitles me.

Federal rules of evidence 404, and United States v. Woodford 279 F. 3d 825 (9th Cir 2002).

I just want to challenge conclusions that are mixed with fact and Law, do to it's probative value. All essential elements of conspiracy have not been proven or corroborated which is unfairly prejudice. Where there is sufficient prima facie showing of violations of rule 6 secrecy provisions to warrant defendants plea is truly voluntary.

I object to the weight, said because the proof of the weight is money not equivalent to said weight. I did not get all formal documents of said money like chain of custody, sequential serial numbers.

I am apart of this case because "The C.I." know I was having economic hardship and he entraped me due to my economic duress.

Respectfully:
Hector Bonaparte

Hector Bonaparte 87560-054
MDC
P.O. Box 329002
Brooklyn, NY 11232-9002

07 MAY 2020 PM 7 L
NEW YORK NY 100

Judge Valerie Caproni
United States Courthouse
500 Pearl St
New York, NY 10007-1312

USMJ3
SDNY