```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/19/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
UNITED STATES OF AMERICA          :
                                  :     19-CR-862 (VEC)
         -against-                :
                                  :     ORDER
HECTOR BONAPARTE,                 :
                                  :
                      Defendant.  :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 19, 2020, the Court relieved Mr. Nathaniel Marmur from his representation of Mr. Hector Bonaparte;

IT IS HEREBY ORDERED THAT Steven M. Witzel from Fried, Frank, Harris, Shriver & Jacobson LLP is appointed to represent Mr. Bonaparte pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A.

**SO ORDERED.**

**Dated: May 19, 2020**
     **New York, NY**

                                                _____
                                                **VALERIE CAPRONI**
                                                **United States District Judge**