USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2020

**Fried, Frank, Harris, Shriver & Jacobson LLP**

One New York Plaza
New York, New York 10004
Tel: +1.212.859.8000
Fax: +1.212.859.4000
www.friedfrank.com

# FRIED FRANK

## MEMO ENDORSED

Direct Line: 212.859.8592
Fax: 212.859.4000
Email: steven.witzel@friedfrank.com

November 18, 2020

**Via ECF**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Velez*, 19-cr-862 (VEC) (Hector Bonaparte)

Dear Judge Caproni:

      We write on behalf of our client Hector Bonaparte with regard to his December 8, 2020 bail hearing and the December 10, 2020 status conference in the above-captioned case. We have met with Mr. Bonaparte, who, due to COVID-19 quarantine procedures for appearing in court and health concerns, waives his right to appear in person, but has expressed his desire to appear at the December 8, 2020 bail hearing via videoconference if possible. We therefore seek permission from Your Honor for Mr. Bonaparte to appear at the December 8, 2020 hearing via videoconference. Please see the attached waiver bearing Mr. Bonaparte's signature.

      Mr. Bonaparte has waived his appearance at the December 10, 2020 status conference and wishes to appear solely via counsel. Please see the attached waiver bearing Mr. Bonaparte's signature.

      Respectfully submitted,

By:   */s/ Steven M. Witzel*
      Steven M. Witzel
      Jennifer L. Colyer
      Anne S. Aufhauser
      Max D. Bartell

Cc:   Assistant United States Attorney Adam S. Hobson, via ECF
      Assistant United States Attorney Elinor L. Tarlow, via ECF

The hearing currently scheduled for Tuesday, December 8, 2020, at 10:00 A.M. is hereby rescheduled to **Tuesday, December 8, 2020, at 9:00 A.M.** The hearing will be held via video conference on the Court Call platform. An order with additional details about the Court Call platform will be issued a few days before the hearing.

SO ORDERED.

*Valerie Caproni*     Date: November 20, 2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE