```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/10/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
   UNITED STATES OF AMERICA          :

          -against-                           :         19-CR-862 (VEC)

   HECTOR BONAPARTE,                  :         <u>ORDER</u>

                     Defendant.   :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on December 8, 2020, the parties appeared for a hearing on Defendant Hector Bonaparte's motion for pretrial release;

      IT IS HEREBY ORDERED that for the reasons stated at the hearing, Mr. Bonaparte's bail application is DENIED. The Court finds that Mr. Bonaparte did not overcome the presumption that no condition or set of conditions will reasonably assure the safety of the community.

      IT IS FURTHER ORDERED that by no later than **Friday, December 18, 2020**, the Government must update the Court on whether the Bureau of Prisons ("BOP") has scheduled Mr. Bonaparte's diagnostic examinations by the end of 2020. If the BOP is unable to schedule Mr. Bonaparte's examinations by the end of the year, the Court will consider temporary release for the limited purpose of medical diagnosis and any necessary treatment.

      The Clerk of Court is respectfully directed to close the open motion at docket entry 242.

**SO ORDERED.**

Date:  December 10, 2020                             _____
       New York, NY                                  **VALERIE CAPRONI**
                                                             **United States District Judge**