**Fried, Frank, Harris, Shriver & Jacobson LLP**

One New York Plaza
New York, New York 10004
Tel: +1.212.859.8000
Fax: +1.212.859.4000
www.friedfrank.com

**FRIED FRANK**

**MEMO ENDORSED**

Direct Line: 212.859.8592
Fax: 212.859.4000
Email: steven.witzel@friedfrank.com

June 3, 2021

**Via ECF**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Velez*, 19-cr-862 (VEC) (Hector Bonaparte)

Dear Judge Caproni:

We write on behalf of our client Mr. Hector Bonaparte in advance of the status conference scheduled for June 10, 2021 to respectfully request that the Court permit Mr. Bonaparte to appear via videoconference or via telephone.

Mr. Bonaparte is seeking leave to appear via videoconference in order to avoid the 14-day quarantine policy currently in place at the Metropolitan Detention Center (the "MDC"). Mr. Bonaparte recently spent six days in the hospital and only finished his two-week quarantine upon return to the MDC on May 28, 2021. He wishes to avoid spending an additional two weeks in isolation so soon after his previous quarantine. Additionally, Mr. Bonaparte is not yet vaccinated against COVID-19. If neither a videoconference or telephonic appearance is available, Mr. Bonaparte would waive his appearance and appear by counsel. If the Court permits Mr. Bonaparte to appear remotely or to waive his appearance, counsel for Mr. Bonaparte would accordingly request to appear via videoconference.

Counsel for Mr. Bonaparte has spoken with the government, and the government does not object to Mr. Bonaparte's request.

Respectfully submitted,

*/s/ Steven M. Witzel*

Steven M. Witzel

Application GRANTED. Mr. Bonaparte and his counsel may attend the conference using the Court Call video platform. The Court will enter an order with additional details a few days before the conference.

SO ORDERED.

Date: June 3, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE