USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/15/2021

**Fried, Frank, Harris, Shriver & Jacobson LLP**

One New York Plaza
New York, New York 10004
Tel: +1.212.859.8000
Fax: +1.212.859.4000
www.friedfrank.com

**FRIED FRANK**

**MEMO ENDORSED**

Direct Line: 212.859.8592
Fax: 212.859.4000
Email: anne.aufhauser@friedfrank.com

October 15, 2021

**Via ECF**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Velez*, 19-cr-862 (VEC) (Hector Bonaparte)

Dear Judge Caproni:

    Attached please find a letter of support we received today in advance of defendant Hector Bonaparte's sentencing. We respectfully request this letter be considered in Mr. Bonaparte's sentencing. The government does not oppose the Court's consideration of this letter.

By:   */s/ Anne S. Aufhauser*
      Steven M. Witzel
      Jennifer L. Colyer
      Anne S. Aufhauser
      Dylan B. Bolduc (not admitted in SDNY)

---

Application GRANTED.

The Court will consider the supplemental letter.

SO ORDERED.

*[signature]*   Date: October 15, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

---