USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/2021

**Fried, Frank, Harris, Shriver & Jacobson LLP**

One New York Plaza
New York, New York 10004
Tel: +1.212.859.8000
Fax: +1.212.859.4000
www.friedfrank.com

# FRIED FRANK

**MEMO ENDORSED**

Direct Line: 212.859.8592
Fax: 212.859.4000
Email: anne.aufhauser@friedfrank.com

October 19, 2021

<u>Via ECF</u>

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:     *United States v. Velez*, 19-cr-862 (VEC) (Hector Bonaparte)

Dear Judge Caproni:

      I have enclosed an additional letter of support that we recently received in advance of defendant Hector Bonaparte's sentencing, which is currently scheduled for Friday, October 22, 2021. We respectfully request this letter be considered in Mr. Bonaparte's sentencing. The government does not oppose the Court's consideration of this letter.

By:    */s/ Anne S. Aufhauser*
       Steven M. Witzel
       Jennifer L. Colyer
       Anne S. Aufhauser
       Dylan B. Bolduc (not admitted in SDNY)

Application GRANTED.

SO ORDERED.

*[signature]*

Date: October 19, 2021
HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE