**Fried, Frank, Harris, Shriver & Jacobson LLP**

One New York Plaza
New York, New York 10004
Tel: +1.212.859.8000
Fax: +1.212.859.4000
www.friedfrank.com

**FRIED FRANK**

Direct Line: 212.859.8592
Fax: 212.859.4000
Email: steven.witzel@friedfrank.com

November 3, 2021

**Via ECF**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Velez*, 19-cr-862 (VEC) (Hector Bonaparte)

Dear Judge Caproni:

      We write on behalf Hector Bonaparte and in response to the Order that Your Honor signed on November 1, 2021 (ECF No. 621). We understand that Mr. Bonaparte wishes to appeal from the Judgment in this matter, and we will file a Notice of Appeal today. We expect that we will move to be relieved pursuant to Second Circuit Local Rule 4.1(b) and in accordance with *Anders v. California*, 386 U.S. 738 (1967). In addition, we have counseled Mr. Bonaparte regarding his right to seek different counsel on appeal by request to the Second Circuit.

      Finally, on November 1, 2021 we mailed a copy of all relevant case filings to Mr. Bonaparte at the MDC. Yesterday we mailed the *in forma pauperis* application form to Mr. Bonaparte.

Respectfully submitted,

*/s/ Steven M. Witzel*

Steven M. Witzel
Jennifer L. Colyer
Anne S. Aufhauser
Dylan B. Bolduc (not admitted in SDNY)

cc: Hector Bonaparte (by mail at MDC)

**New York • Washington • London • Frankfurt**
Fried, Frank, Harris, Shriver & Jacobson LLP is a Delaware Limited Liability Partnership