USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/12/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA

   -against-

HECTOR BONAPARTE,

                   Defendant.

------------------------------------------------------------ X

19-CR-862 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 12, 2023, the Court received Mr. Bonaparte's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255, *see* Pet., Dkt. 940; and

WHEREAS the Court construes Mr. Bonaparte's motion as a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255.

IT IS HEREBY ORDERED that the Clerk of Court is directed to open a parallel civil case for Mr. Bonaparte's civil petition. The document at 19-CR-862, Dkt. 940, should be docketed as Dkt. 1 in the new civil case.

**SO ORDERED.**

Date:  April 12, 2023
       New York, NY

                                              **VALERIE CAPRONI**
                                              **United States District Judge**