USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/17/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HECTOR BONAPARTE,

                    Movant,

-against-

UNITED STATES OF AMERICA,

                    Respondent.

23-CV-3109 (VEC)
19-CR-0862 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 12, 2023, Petitioner moved to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255, Dkt. 1.

IT IS HEREBY ORDERED that the U.S. Attorney's Office shall file an answer or other pleadings in response to the motion not later than **June 16, 2023**, and Petitioner shall file any reply not later than **July 17, 2023**. Absent further order, the motion will be considered fully submitted as of that date.

IT IS FURTHER ORDERED that the Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

IT IS FURTHER ORDERED that all further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal case.

SO ORDERED.

Dated:    April 17, 2023
              New York, New York

                                                  _____
                                                  VALERIE CAPRONI
                                                  United States District Judge